UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BENNETT,<br>Plaintiff,<br>v.<br>L.A. TIMES,<br>Defendant. | No. 2:25-cv-3493 DJC CSK P<br><br>ORDER |

On July 14, 2026, plaintiff filed a motion requesting the case number for the instant case, stating he was recently transferred to Butte County Jail under California Penal Code § 1381, and lost all of his property at North Kern State Prison reception center. (ECF No. 10.) Since then, petitioner has filed motions asking the court to mail documents for plaintiff (ECF Nos. 11, 13), and filed a motion for extension of time to file objections to the pending findings and recommendations in this case (ECF No. 12), as well as a request for status and assistance (ECF No. 14). Plaintiff asks the court to provide him with a copy of the complaint, the March 9, 2026 "dismissal order," and the findings and recommendations because plaintiff cannot remember the claims he intended to pursue in this action. (Id. at 2.) Plaintiff included the instant case number in these subsequent filings, so his request for the case number is denied as moot.

Plaintiff is informed that he did not file a complaint in this action. (See ECF No. 1 (motion).) Therefore, the Court cannot send him a courtesy copy of a complaint. The Court will

provide plaintiff with a copy of the March 9, 2026 order granting plaintiff 30 days to file a complaint and an application to proceed in forma pauperis or the filing fee ($405.00) (ECF No. 6), and a copy of the pending findings and recommendations (ECF No. 7). Plaintiff's request for an extension of time to file objections (ECF No. 12) is granted. In addition, plaintiff shall file a complaint, along with a completed application to proceed in forma pauperis or the filing fee, with his objections. Plaintiff is not required to provide two copies of the complaint; he may file just the original complaint. In the alternative, if plaintiff cannot recall the claims he intended to pursue in this action, he may file a request to voluntarily dismiss this action. Plaintiff has not yet been assessed the filing fee due to his failure to comply with the March 9, 2026 order.

Plaintiff's motions to mail documents for plaintiff are denied. This court is not authorized to mail documents for litigants. In addition, plaintiff should refrain from filing motions until he has filed a complaint and complied with the other requirements set forth in the March 9, 2026 order. As noted in the order, this action is not commenced until plaintiff files a complaint. (ECF No. 6 at 1 (citing Fed. R. Civ. P. 3.).)

Finally, this Court observes that plaintiff filed five separate documents in six days. Plaintiff is admonished that he should wait for the Court to issue a ruling on a motion before filing duplicate requests. In so doing, plaintiff unduly burdened this court's resources. "[T]he Eastern District of California maintains one of the heaviest caseloads in the nation, a significant portion of which is comprised of pro se inmate cases." Foust v. Hall, 2016 WL 3019394, at *5 (E.D. Cal. May 26, 2016). Indeed, in 2020, the Ninth Circuit found the caseload in the Eastern District of California qualified as a "judicial emergency." In re Approval of Jud. Emergency Declared in E. Dist. of Cal., 956 F.3d 1175, 1179 (9th Cir. 2020) (noting the Eastern District of California had the highest weighted filings per judgeship in the Ninth Circuit and ranked eighth nationally.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for the instant case number (ECF No. 10) is denied as moot.
2. Plaintiff's motion for an extension of time (ECF No. 12) is granted.
3. Plaintiff's motions (ECF Nos. 11, 13) are denied.

4. Plaintiff is granted thirty days from the date of this order to file objections to the findings and recommendations, which shall be accompanied by a complaint and an application to proceed in forma pauperis or the filing fee. Plaintiff is cautioned that failure to timely comply with this order will result in the findings and recommendations being forwarded to the district court for review and adoption.
5. The Clerk of the Court is directed to send plaintiff copies of the March 9, 2026 order (ECF No. 6), the May 7, 2026 findings and recommendations (ECF No. 7), the form for filing a civil rights complaint by a prisoner, and an application to proceed in forma pauperis.

Dated: July 24, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/benn3493.36