UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HILL BENNETT,<br>Plaintiff,<br>v.<br>L.A. TIMES,<br>Defendant. | No. 2:25-cv-3493 DJC CSK P<br><br>ORDER |

Plaintiff is an inmate in the Butte County Jail. Plaintiff has filed his second request for an extension of time to file objections to the May 7, 2026 findings and recommendations, a motion to proceed in forma pauperis, a motion to return the mail he sent to the Court asking the Court to mail it out for him, and a request for a courtesy copy of his complaint. The Court addresses each filing below.

I. MOTION TO PROCEED IN FORMA PAUPERIS

Because plaintiff has not yet properly commenced a civil action, the Court defers ruling on plaintiff's motion to proceed in forma pauperis. 28 U.S.C. § 1914 (statutory filing fee is triggered and collected when the action is initiated by the filing of a complaint).

II. EXTENSION OF TIME TO FILE OBJECTIONS

On July 16, 2026, plaintiff filed a second motion for extension of time to file objections to the May 7, 2026 findings and recommendations. (ECF No. 12.) Good cause appearing,

plaintiff's second motion for extension of time is granted. Plaintiff is reminded that his objections should be accompanied by his complaint if he wishes to commence a federal action. Good cause appearing, plaintiff's second request for extension of time will be granted. **No further extensions of time will be granted.**

III. MOTIONS FOR RETURN OF LEGAL MAIL

On August 6, 2026, plaintiff filed a motion to return the legal mail he addressed to the "Department of Consumer Affairs, Legal Affairs Division, 1625 N. Market Blvd., Suite S309, Sacramento, CA 95834," purportedly sent the Court to be mailed for him. (ECF No. 16 at 1.) On July 24, 2026, the Court denied plaintiff's motions. (ECF No. 15.) The Court reviewed plaintiff's filings. No mail, legal or otherwise, was appended to plaintiff's first motion. (ECF No. 11 at 1-3.) With his second motion, plaintiff included a letter addressed to the Communications Division, Consumer Information Center, 1625 N. Market Blvd., Suite NY/2, Sacramento, CA 95834. (ECF No. 13 at 3-20.) In an abundance of caution, the Clerk of the Court is directed to send plaintiff a copy of that letter. (Id.) Plaintiff is cautioned that he should retain copies of all documents submitted to the Court for filing.

IV. MOTION FOR COURTESY COPY OF COMPLAINT

As plaintiff was advised in this Court's July 24, 2026 order, plaintiff did not file a complaint in this action, and therefore the Court could not send him a copy of a complaint, and his motion for a copy of the complaint was denied. (ECF No. 15 at 1-2.) Plaintiff's second motion for a copy of his complaint is therefore duplicative, a waste of judicial resources, and is denied.[1] This action cannot commence until plaintiff files a complaint.

---

[1] To the extent plaintiff seeks a copy of his December 3, 2025 motion, the first document filed in this action (styled, "Motion to Abolish Horoscope Readings Extortion,") plaintiff was advised on August 14, 2026, that his filing is 122 pages, and he must submit the sum of $61.00 if he wants a copy of his first filing. (ECF No. 18.) Even if plaintiff were granted in forma pauperis status, such status does not provide for free photocopies. Further, to the extent plaintiff is attempting to bring a motion under California's anti-SLAPP statute, California Code of Civil Procedure Section 425.16, such effort is unavailing. Section 425.16 provides for a motion to strike or dismiss causes of action brought against an individual arising from that individual's furtherance of the right of petition or free speech with regard to a public issue. Id. Thus, plaintiff may not base a civil rights complaint on Section 425.16. See id. If plaintiff intends to bring a civil rights action under 42 U.S.C. § 1983, he must file a complaint against an individual who has violated plaintiff's

## V. ADMONISHMENT

Plaintiff is again advised to refrain from filing motions until he has filed a complaint that complies with the March 9, 2026 order. As noted in the order, this action is not commenced until plaintiff files a complaint. (ECF No. 6 at 1 (citing Fed. R. Civ. P. 3.).)

## VI. CONCLUSION

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's second motion for an extension of time (ECF No. 17) is granted.
2. Plaintiff is granted thirty days from the date of this order in which to file objections to the May 7, 2026 findings and recommendations, accompanied by a complaint. No further extensions of time will be granted.
3. Plaintiff's second motion for a courtesy copy of his complaint (ECF No. 17) is denied.
4. Plaintiff's motion for return of legal mail (ECF No. 16) is granted in part (ECF No. 13) and denied in part (ECF No. 11).
5. The Clerk of the Court is directed to send plaintiff a copy of plaintiff's letter directed to the Communications Division, Consumer Information Center (ECF No. 13 at 3-20).

Dated: September 9, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/benn3493.36sec+

constitutional or federal rights.